Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Richard L. Davis*

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas. NV 89148

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Richard L. Davis,<br><br>        Plaintiff,<br><br>    v.<br><br>Hyundai Capital America and<br>Equifax Information Services LLC,<br><br>        Defendants. | Case No. 2:18-cv-01119-JAD-NJK<br><br>**Stipulation of Dismissal of<br>Hyundai Capital America**<br><br>ECF No. 18 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Richard L. Davis ("Plaintiff") and Defendant Hyundai Capital America ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of November 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Matthew Ryan Tsai
J Christopher Jorgensen, Esq.
Matthew Ryan Tsai, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Hyundai Capital America.*

**ORDER**

Based on the parties' stipulation **[ECF No. 18]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Hyundai Capital America in this action are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2018